SELIGMAN v. SCHMIDT.

(City Court of New York, General Term.   May 9, 1893.)

AMENDMENT OF PLEADINGS—REVIEW ON APPEAL.
  The action of the trial court in permitting amendment of pleadings will not be reviewed on appeal, except for abuse of discretion.

Appeal from special term.
Action by Washington Seligman against Edmund P. Schmidt. From an order permitting defendant to amend his answer, plaintiff appeals.   Affirmed.
Argued before EHRLICH, C. J., and NEWBURGER, J.

E. Seligman, for appellant.
Allan Lee Schmidt, for respondent.

EHRLICH, C. J.   The court below held the answer to be defective, struck out certain portions, and ordered judgment on the balance, with permission to the defendant to correct the errors and deficiencies by amendment.   The plaintiff appeals from the part of the order granting this privilege to the defendant.   The court below had authority to grant the defendant the liberty to amend.

It is the power frequently exercised. The discretion was not abused in this instance, and the part of the order appealed from should therefore be affirmed, with costs.